IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3003 |
| V. | ) | |
| JAMES ARNOLD THOMAS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's request to file restricted motion (filing 59) and motion to restrict (filing 60) are granted. The Clerk's office shall restrict filings 28, 30, 36, 46, 55, 56, 57 and 58.

DATED this 15th day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge